```
1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7316
5
   Attorneys for Defendant
6
7              IN THE UNITED STATES DISTRICT COURT FOR THE
8                    EASTERN DISTRICT OF CALIFORNIA
9
   EDWARD HUNGA,                  )   1:04-cv-06715 REC LJO
10                                )
                Plaintiff,        )   STIPULATION AND ORDER
11                                )   TO EXTEND TIME
                                  )
12         v.                     )
                                  )
13 JO ANNE B. BARNHART,           )
   Commissioner of Social         )
   Security,                      )
14                                )
                Defendant.        )
15 _____)
```

16    The parties, through their respective counsel, stipulate
17 that defendant's time to respond to plaintiff's confidential
18 letter brief be extended from June 20, 2005 to July 21, 2005.
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26

1

1    This is defendant's first request for an extension of time
2 to respond to plaintiff's confidential letter brief.  Defendant
3 needs the additional time to further review the file and prepare
4 a response in this matter.

                                    Respectfully submitted,

                                    /s/ Gina M. Fazio
Dated: June 20, 2005                (As authorized via facsimile)
                                    GINA M. FAZIO
                                    Attorney for Plaintiff


Dated: June 20, 2005                McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney




IT IS SO ORDERED.

**Dated:    June 21, 2005**              **/s/ Lawrence J. O'Neill**
b9ed48                         UNITED STATES MAGISTRATE JUDGE

2