```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                   EASTERN DISTRICT OF CALIFORNIA

10

11  EDWARD HUNGA,                   )   1:04-cv-06715 REC LJO
                                    )
12             Plaintiff,           )
                                    )   STIPULATION AND ORDER
13        v.                        )   FOR REMAND PURSUANT TO
                                    )   SENTENCE FOUR OF 42 U.S.C.
14  JO ANNE B. BARNHART,            )   § 405(g), and
    Commissioner of Social          )
15  Security,                       )   REQUEST FOR ENTRY OF JUDGMENT
                                    )
16             Defendant.           )
    _____)
17
```

18       IT IS HEREBY STIPULATED, by and between the parties, through

19  their respective counsel of record, that this action be remanded

20  to the Commissioner of Social Security for further administrative

21  action pursuant to section 205(g) of the Social Security Act, as

22  amended, 42 U.S.C. § 405(g), sentence four.

23       On remand, the Appeals Council will direct an Administrative

24  Law Judge to take the following action:

25       1.  Re-evaluate the claimant's subjective complaints and

26  provide rationale in accordance with the rulings, regulations, and

27  case law;

28       2.  Obtain evidence from a vocational expert to clarify the

impact of claimant's non-exertional limitations on his ability to perform past relevant work, and other work which may exist in significant numbers in the economy;

    3.  Update plaintiff's earnings record, as the Appeals Council notes that additional earnings from work activity in 2001 appears to extend claimant's date last insured through March 31, 2003; and

    4.  Associate the claims files relating to the claimant's subsequent applications filed in March 2003 and issue a decision on the associated claims.

                                      Respectfully submitted,

```
Dated: July 8, 2005        /s/ Gina M. Fazio
                           (as authorized by facsimile)
                           GINA M. FAZIO
                           Attorney for Plaintiff

Dated: July 8, 2005        McGREGOR W. SCOTT
                           United States Attorney

                           /s/ Kristi C. Kapetan
                           KRISTI C. KAPETAN
                           Assistant U.S. Attorney
```

IT IS SO ORDERED:

```
                              /s/ ROBERT E. COYLE
Dated:    July 12, 2005    THE HONORABLE ROBERT E. COYLE
                           United States Judge Magistrate
```